IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| ELVIS ORTIZ | : | No. 05-cr-044-10 |

## ORDER

**AND NOW**, this 29th day of November, 2022, upon consideration of Elvis Ortiz's Pro Se Motion to Vacate, Set Aside, or Correct Sentence (Doc. No. 1055), Mr. Ortiz's Pro Se Memorandum of Law in Support of his Motion to Vacate, Set Aside, or Correct Sentence (Doc. No. 1058), Mr. Ortiz's Pro Se Motion to Correct Illegal Sentences (Doc. No. 1091), Mr. Ortiz's Memorandum of Law in Support of 28 U.S.C. § 2255 Motion (Doc. No. 1107), and the Government's Response to the Motions (Doc. No. 1135), it is **ORDERED** that:

1. The Motion to Vacate, Set Aside, or Correct Sentence (Doc. No. 1055) is **GRANTED** in part and **DENIED** in part for the reasons set forth in the Court's Memorandum Opinion. The Court vacates Mr. Ortiz's conviction and sentence on count 14.

2. The Motion to Correct Illegal Sentences (Doc. No. 1091) is **DISMISSED** for lack of jurisdiction, for the reasons set forth in the Court's Memorandum Opinion.

3. No certificate of appealability will issue because reasonable jurists would not disagree with the partial denial of Mr. Ortiz's Motion to Vacate, Set Aside, or Correct Sentence (Doc. No. 1055) or its dismissal of his Motion to Correct Illegal Sentences (Doc. No. 1091).

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE